IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hodges, Cynthia

Printed: 12/19/07

Case Number: 05 B 23191
Judge: Squires, John H
Filed: 6/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 28, 2007
Confirmed: August 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 66,168.28 |  |
| Secured: |  | 47,895.43 |
| Unsecured: |  | 9,603.66 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,209.26 |
| Other Funds: |  | 5,459.93 |
| Totals: | 66,168.28 | 66,168.28 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 0.00 | 0.00 |
| 7. | City Of Chicago | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 0.00 | 0.00 |
| 9. | City Of Chicago | Secured | 0.00 | 0.00 |
| 10. | City Of Chicago | Secured | 0.00 | 0.00 |
| 11. | Chase Home Finance | Secured | 11,650.85 | 11,650.85 |
| 12. | Select Portfolio Servicing | Secured | 4,628.00 | 4,628.00 |
| 13. | Select Portfolio Servicing | Secured | 21,252.00 | 8,812.76 |
| 14. | Chase Manhattan Mortgage Corp | Secured | 11,651.00 | 5,014.21 |
| 15. | Chase Manhattan Mortgage Corp | Secured | 14,339.00 | 3,258.45 |
| 16. | Household Financial Corporation | Secured | 17,241.00 | 14,531.16 |
| 17. | Internal Revenue Service | Priority | 59,468.46 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 8,536.00 | 8,536.00 |
| 19. | World Financial Network Nat'l | Unsecured | 787.82 | 787.82 |
| 20. | Arrow Financial Services | Unsecured | 279.84 | 279.84 |
| 21. | Internal Revenue Service | Unsecured | 12,809.94 | 0.00 |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Citicorp | Unsecured |  | No Claim Filed |
| 24. | Credit Bureau Accts Collections & Servs | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hodges, Cynthia | Case Number: 05 B 23191 |
|---|---|
| | Judge: Squires, John H |
| Printed: 12/19/07 | Filed: 6/10/05 |

| | | | | |
|---|---|---|---|---|
| 26. | GC Services Corporation | Unsecured | | No Claim Filed |
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Professional Account Management | Unsecured | | No Claim Filed |
| 29. | America's Recovery Network | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 162,643.91 | $ 57,499.09 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,381.93 |
| 5% | 339.80 |
| 4.8% | 535.41 |
| 5.4% | 952.12 |
| | _____ |
| | $ 3,209.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____